# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Nichia Corporation

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:16-cv-142 |
| ) | |
| Lowe's Companies, Inc. and LG Sourcing, Inc. ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Lowe's Companies
c/o Corporation Service Company, Registered Agent
327 Hillsborough Street
Raleigh, NC 27603

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Larry McDevitt & David Wilkerson
Van Winkle Law Firm
11 North Market Street
Asheville, NC 28801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date **7/19/2016**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 5:16-cv-142

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____     _____
                                                        **Server's signature**

                                                        _____
                                                        **Printed name and title**