IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-00142-RLV-DSC

| | |
|---|---|
| NICHIA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWE'S COMPANIES, INC., et al., )<br>)<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Application [s] for Admission to Practice Pro Hac Vice [for Tod Melgar, Trent S. Dickey, and Scott D. Stimpson]" (documents ## 14-16) filed November 7, 2016. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: November 8, 2016

_____
David S. Cayer
United States Magistrate Judge