UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-142

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, LLC, AND L G SOURCING, INC., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on the parties' Joint Claim Construction and Prehearing Statement (#38). Having considered the parties' motion and reviewed the pleadings, the court declines to schedule a prehearing conference on the date requested due to multiple trials which will likely take such date(s), and enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court place this matter on the civil motions calendar for the first available day <u>after</u> December 7, 2017.

Signed: September 13, 2017

Max O. Cogburn Jr
United States District Judge

-1-