# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00142-MOC-DSC

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LOWE'S COMPANIES, INC. et. al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Joint Motion to Stay Case Pending Finalization of Settlement Agreement" (document #62) filed May 15, 2018. Having conferred with the chambers of the Honorable Max O. Cogburn, Jr., the Motion is **GRANTED**. This case is **STAYED** thirty days from the entry of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: May 16, 2018

David S. Cayer
United States Magistrate Judge